# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LATANYA DRISCOLL,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 3:15-cv-00454

Chief Magistrate Judge Sharon L. Ovington
(by the parties' full consent)

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion For Remand.  (Doc. #14).  The parties agree that upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

### IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion For Remand (Doc. #14) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is REMANDED to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

September 23, 2016

                                      s/Sharon L. Ovington
                                      Sharon L. Ovington
                                      Chief United States Magistrate Judge